# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK and CHRISTIE HALE,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>CONAGRA FOODS, INC, et al.,<br><br>　　　　　　　　　Defendant. | CASE NO. 07cv600-BEN (WMc)<br><br>ORDER |

At the request of counsel for defendant a telephonic status conference regarding discovery will be held on **September 10, 2007, at 11:00 a.m.**  <u>**Counsel for defendant** is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624</u>.  All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: September 6, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court

cc: Honorable Roger Benitez
　　U.S. District Court

All Counsel and Parties of Record