# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK and CHRISTIE HALE,<br><br>                      Plaintiff,<br>vs.<br>CONAGRA FOODS, INC, et al.,<br><br>                      Defendant. | CASE NO. 07cv600-BEN (WMc)<br><br>ORDER |

    IT IS HEREBY ORDERED that the San Diego Police Department shall release and produce the police report and all other records requested by defendant ConAgra Foods, Inc. as stated in the *subpoena duces tecum* served by defendant on or about July 10, 2007.  All documents at issue shall be provided to defendant on or before **October 10, 2007**.

Dated: October 1, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
    U.S. District Court

1   All Counsel and Parties of Record

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28